# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-00413 EMC |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| CLAUDIA RANGEL RODRIGUEZ and JULIO SUAREZ, | |
| Defendants. | |

On September 25, 2019, the parties appeared for a status conference. The Court set a further status conference on November 6, 2019. At the hearing the parties agreed and the Court further ordered that the time in which the defendants must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3131 *et seq.* be excluded between September 25, 2019 and November 6, 2019, for effective preparation of counsel.

Therefore, for good cause shown, the Court finds that failing to exclude time between September 25, 2019 and November 6, 2019, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time September 25, 2019 and November 6, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

IT IS HEREBY ORDERED that the matter is set before this Court on November 6, 2019 at 2:30

1 | p.m. for a status conference, and that the time between September 25, 2019 and November 6, 2019, shall
2 | be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
3 |     IT IS SO ORDERED.

DATED: October 22, 2019

_____
HON. EDWARD M. CHEN
United States District Judge